# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK MOYNEHAN, Appellant, *v.* CHARLES H. GAUS, as Comptroller of the State of New York, et al., Respondents.

*People ex rel. Moynehan* v. *Gaus,* 134 App. Div. 80, affirmed.
(Argued February 7, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 28, 1909, which confirmed a determination of the defendant comptroller permitting the defendant Pruyn to redeem certain lands theretofore sold for taxes.

*George N. Ostrander* for appellant.

*Albert Hessberg* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LINCOLN TRUST COMPANY, Appellant, *v.* MARTIN H. GLYNN, as Comptroller of the State of New York, Respondent.

*People ex rel. Lincoln Trust Co.* v. *Glynn,* 132 App. Div. 546, affirmed.
(Argued February 7, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

May 20, 1909, which confirmed a determination of the defendant in assessing a franchise tax against the relator.

*Latham G. Reed* for appellant.

*Edward R. O'Malley*, Attorney-General (*Edward H. Letchworth* of counsel), for respondent.

Order affirmed, with costs, on opinion of SMITH, P. J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

JACOB MORGENTHALER, Respondent, *v.* THOMAS G. CARLIN, Respondent.

L. VICTOR FLECKLES, Appellant.

*Morgenthaler* v. *Carlin*, 132 App. Div. 361, affirmed.
(Submitted February 7, 1910; decided February 22, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 7, 1909, which affirmed an order of Special Term denying a motion for a retaxation of costs.

The following question was certified : " Does the stipulation in reference to the referee's fees in this action preclude the referee from receiving compensation for the time spent in the business of the reference in addition to the time occupied by the sittings ? "

*Conrad Saxe Keyes* and *L. Victor Fleckles* for appellant.

*Harlan Moore* for respondent.

Order affirmed, without costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Dissenting : VANN and WERNER, JJ.